Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**AMBER MACHOWSKI**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OC LAND, LLC, a California limited liability company; Farz, Incorporated, a California corporation; and Does 1-10,<br><br>Defendants. | CASE NO.: 8:21-cv-01666-DOC-ADSx<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. David O. Carter<br>Trial Date: Not on Calendar |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: January 31, 2022     **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: ___/s/Anoush Hakimi___
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Amber Machowski

DATED: January 31, 2022     **BLAKE & AYAZ, A LAW CORPORATION**

By: ___/s/ Sean Refahiat___
Sean Refahiat, Esq.
Attorney for Defendants, OC Land, LLC and Farz, Incorporated

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Amber Machowski