**UNITED STATES DISTRICT COURT**     JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No:  SA CV 21-01666-DOC (ADSx)     Date: February 2, 2022

Title:  Amber Machowski v. O.C. Land, LLC, et al.

PRESENT: <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Elsa Vargas for <br> <u>Kelly Davis</u> <br> Courtroom Clerk | <u>Not Present</u> <br> Court Reporter |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: <br> None Present | ATTORNEYS PRESENT FOR DEFENDANT: <br> None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING CIVIL CASE**

      The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [19], hereby orders this action DISMISSED with prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for sixty (60) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                            Initials of Deputy Clerk:
CIVIL-GEN                                                                                             eva/kd