Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**AMBER MACHOWSKI**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> O.C. LAND, LLC, a California limited liability company; FARZ, INCORPORATED, a California corporation; and Does 1-10, <br><br> Defendants. | Case No.: 8:21-cv-01666-DOC-ADS <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Amber Machowski on the one hand, and Defendants O.C. Land, LLC, and Farz, Incorporated, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41

(a)(1) and (2), this Court enter a dismissal with prejudice of Defendants David Lee and Anna Y. Lee, from Plaintiff's Complaint, Case Number 8:21-cv-01666-DOC-ADS. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: February 25, 2022          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

                                  By: /s/Peter Shahriari
                                      Peter Shahriari, Esq.
                                      Attorneys for Plaintiff, Amber Machowski

Dated: February 25, 2022          **BLAKE & AYAZ, A LAW CORPORATION**

                                  By: /s/ Sean Refahiat
                                      Sean Refahiat, Esq.
                                      Attorneys for Defendants, O.C. Land, LLC, and Farz, Incorporated

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Amber Machowski

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS